940

No. 76–113.  FELDMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–122.  FIELD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–124.  MADRID v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–214.  CALNETICS CORP. ET AL. v. VOLKSWAGEN OF AMERICA, INC., ET AL.; and

No. 76–379.  VOLKSWAGEN OF AMERICA, INC., ET AL. v. CALNETICS CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–238.  NATIONAL FARMERS' ORGANIZATION, INC. v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–261.  ROGERS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–286.  ROBINSON v. HENDERSON, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–319.  MICKUNAS v. KLEPPE, SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–368.  MARKHAM v. SWAILS ET AL.  Ct. App. N. C. Certiorari denied.

No. 76–371.  WOOD v. STARK TRI-COUNTY BUILDING TRADES COUNCIL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 76–375.  SONDEREGGER v. SAGITTARIUS PRODUCTIONS, INC., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 76–378.  BROCKINGTON v. NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.